# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**FREDDIE W. TAYLOR**                                                **PLAINTIFF**

**V.**                                                  **CIVIL ACTION NO.: 3:13-cv-121-GHD-JMV**

**PERCY BRAZIL, ET AL.**                                          **DEFENDANTS**

## ORDER DENYING MOTION FOR JUDGMENT ON THE PLEADINGS

This matter is before the court styled as a motion for judgment on the pleadings [11], consisting of a single sentence inquiring as to the status of plaintiff's case. Accordingly, the motion for judgment on the pleadings is not well taken and will be **DENIED**. However, the plaintiff is informed that the court anticipates entering a Spears hearing order as expeditiously as possible.

**SO ORDERED**, this the 4th day of March, 2014.

                                                             /s/ Jane M. Virden
                                                             **UNITED STATES MAGISTRATE JUDGE**